UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUHUA SHANG, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD HUGHES MEDICAL INSTITUTE, et al., <br><br> Defendants. | Civil Action No. 18-11067-LTS |

ORDER

July 17, 2018

SOROKIN, D.J.

On May 22, 2018, pro se litigant Yuhua Shang commenced this action by filing an employment discrimination complaint and a motion for leave to proceed in forma pauperis. In an order dated May 30, 2018 (ECF No. 6), the Court denied without prejudice the motion for leave to proceed in forma pauperis. The Court directed Shang to pay the $400 filing fee or file a renewed motion for leave to proceed in forma pauperis within thirty-five days. The Court also stated that failure to comply with the directive could result in dismissal of the action.

The time period for complying with the Court's May 30, 2018 order has expired without any response from Shang.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

                                                                               /s/ Leo T. Sorokin
                                                                               UNITED STATES DISTRICT JUDGE